JOHN F. MAIER, Suing on Behalf of Himself and All Other Parties Similarly Situated, Respondent, v. PETER P. CORCORAN, Appellant, ROYAL DEVELOPMENT COMPANY and GEORGE J. WEINMAN, Respondents, and Others, Defendants. PETER P. CORCORAN, Suing on Behalf of Himself and on Behalf of All Other Creditors of ROYAL DEVELOPMENT COMPANY, Appellant, v. ROYAL DEVELOPMENT COMPANY, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements.   All concur. (The order grants motion of Royal Development Company to consolidate the two actions and sets the venue in Monroe county.)   Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JOHN F. MAIER, Suing on Behalf of Himself and All Other Persons Similarly Situated, Respondent, v. PETER P. CORCORAN, Appellant, ROYAL DEVELOPMENT COMPANY and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements.   All concur. (The order denies motion by a defendant to dismiss complaint in a stockholder's action for a declaratory judgment deter-

mining the rights of various classes of security holders.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.